and Another, Copartners Doing Business under the Firm Name and Style of STUYVESANT GARAGE, Appellants, and LEON LEONARD, Defendant.— Judgments and orders affirmed, with costs in one action. All concur, except Hill, J., who dissents and votes for a new trial as to the defendants Chambers.

NELLIE LAMPMAN, Respondent, v. DAVID DUNCAN and Others, Appellants.— Motion of defendant Persons for reargument denied, with ten dollars costs, and his motion for leave to appeal to the Court of Appeals denied. Motion of defendants Duncan for leave to appeal to the Court of Appeals denied, with ten dollars costs.

FREDERICK WM. YOUMANS, Respondent, v. ATTLEBORO BRAIDING COMPANY, Appellant. ARTHUR F. CURTIS, Respondent, v. ATTLEBORO BRAIDING COMPANY, Appellant.— Orders unanimously affirmed, with ten dollars costs and disbursements in each action.

JAMES DAGO, Appellant, v. HARRY SOBEL, Respondent. JAMES DAGO, Appellant, v. FANNIE SOBEL, Respondent.— Orders reversed on the law and the facts, with ten dollars costs and disbursements in one appeal; and motion denied, with ten dollars costs, on the ground that there is no proof of meritorious defense, and no excuse for default. All concur.

MAZIE G. CLEMINSHAW, Appellant, v. MICHAEL J. MEEHAN and Others, Copartners Doing Business under the Firm Name of M. J. MEEHAN & Co., Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

MAZIE G. CLEMINSHAW, Respondent, v. MICHAEL J. MEEHAN and Others, Copartners Doing Business under the Firm Name of M. J. MEEHAN & Co., Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements.

DEER ISLAND CORPORATION, Respondent, v. FRANCES HELLMAN and EDITH C. BEER, Appellants, and Others.— Order unanimously affirmed, with ten dollars costs and disbursements.

THE CITY OF NEW YORK, Appellant, v. MARTIN J. EVERY and Others, Assessors of the Tax District of the Town of Olive, Ulster County, New York, and HERBERT E. THOMAS, County Treasurer of the County of Ulster, New York, Respondents. THE CITY OF NEW YORK, Appellant, v. T. S. LENNOX and Others, Assessors of the Tax District of the Town of Hurley, Ulster County, New York, and HERBERT E. THOMAS, County Treasurer of the County of Ulster, New York, Respondents. THE CITY OF NEW YORK, Appellant, v. LORIN C. CODDINGTON and Others, Assessors of the Tax District of the Town of Marbletown, Ulster County, State of New York, and HERBERT E. THOMAS, County Treasurer of the County of Ulster, New York, Respondents.*— Orders and judgments unanimously affirmed, with costs in one action. Motions for leave to appeal to the Court of Appeals denied, with ten dollars costs in one motion.

In the Matter of the Proceeding under GRADE CROSSING ELIMINATION ACT, for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by The New York Central Railroad Company, and Broadway in the City of Kingston, Ulster County. (Case No. 4781.)— Order unanimously affirmed.

FRANK L. PASCUZZI, an Infant, by PETER PASCUZZI, His Guardian ad Litem, Respondent, v. GEORGE HARTELL and EDWARD GLYNN, Appellants.— Judgment and order unanimously affirmed, with costs.

---

* Affd., 258 N. Y. 630.